# Exhibit 2

Chart of Claims

| Date | Accused | No. of Allegations |
|---|---|---|
| 9/10/2019 | Cuffari | 2 |
| 7/1/2020 | Cuffari | 2 |
| 7/27/2020 | Cuffari | 14 |
| 8/19/2020 | Cuffari | 1 |
| 9/25/2020 | Cuffari | 9 |
| 5/13/2021 | Cuffari | 1 |
| 6/24/2021 | Cuffari | 8 |
| 9/12/2022 | Cuffari | 2 |
| 10/26/2022 | Cuffari | 6 |
| 3/3/2023 | Cuffari | 10 |
| 4/3/2023 | Cuffari | 8 |
| **Total** | | 63 |

| Date | Accused | No. of Allegations |
|---|---|---|
| 6/24/2021 | Fredricks | 8 |
| 6/24/2021 | Read | 8 |
| 5/6/2022 | Read | 2 |
| 6/7/2022 | Gangloff | 2 |
| 10/26/2022 | Fredricks | 2 |
| 4/3/2023 | Fredricks | 8 |
| 4/3/2023 | Read | 7 |
| **Total** | | 37 |