# Exhibit 3



# COUNCIL OF THE INSPECTORS GENERAL ON INTEGRITY AND EFFICIENCY
## INTEGRITY COMMITTEE

June 7, 2022

<u>Via Certified Mail/Return Receipt Requested</u>
Joseph Gangloff
Former Counsel to the Inspector General
Social Security Administration
1220 Edgevale Road
Silver Spring, MD. 20910

    Integrity Committee Case 22-048: Notification of Investigation

Dear Mr. Gangloff:

  The Integrity Committee (IC) of the Council of the Inspectors General on Integrity and Efficiency (CIGIE) is charged with receiving, reviewing, and investigating, where appropriate, allegations of misconduct made against Inspectors General (IG) and designated members of an IG's staff. Additionally, at its discretion and consistent with the public interest, the IC may consider wrongdoing alleged to have occurred while and individual served as a Covered Person, even if that individual is no longer a Covered Person or in government service when the IC receives the allegation.

  The IC takes action on allegations of wrongdoing that involve abuse of authority in the exercise of official duties or while acting under color of office; substantial misconduct, such as gross mismanagement, gross waste of funds, or a substantial violation of law, rule, or regulation; or conduct that undermines the independence or integrity reasonably expected of such persons. In addition to determining whether a complaint falls within its authority and meets the threshold for investigation, the IC also determines whether, given the totality of the circumstances surrounding the complaint, further action is warranted.

  The IC received a complaint alleging you and other senior leaders of the U.S. Social Security Administration (SSA) Office of Inspector General (OIG) abused your authority and grossly mismanaged the SSA's Civil Monetary Penalty (CMP) program, when you allegedly levied unprecedented fines against SSA beneficiaries without due process and retaliated against two OIG employees who raised concerns about the management of the CMP program. Based on its thorough review of the allegations and supporting documentation, including a May 6, 2022, Merit Systems Protection Board (MSPB) opinion as well as public reporting on the affected SSA beneficiaries, the IC has

IC 22-048
2 | Page

determined to initiate an investigation into this matter. Specifically, the IC will investigate:

1) Whether any SSA OIG Covered Person abused his or her authority in the implementation of the CMP program, or grossly mismanaged the CMP program, or otherwise managed the CMP program in violation of applicable laws, rules, or regulations.

2) Whether any SSA OIG Covered Person's actions in any of the above circumstances demonstrate a lack of the integrity or independence reasonably expected of a senior official in the Inspector General community.

At the request of the IC, the U.S. Department of Justice (DOJ) Office of Inspector General (OIG) has been assigned to lead the investigation and prepare a draft Report of Investigation (ROI). An investigator from the DOJ OIG may contact you for an interview regarding this matter. Upon completion of its investigation, DOJ OIG will provide the draft ROI to the IC. You will have the opportunity to comment on the draft ROI prior to final consideration of the ROI by the IC. You may also submit additional statements or documents to the IC for its consideration.

The final ROI, along with the findings, conclusions, and recommendations of the IC, if applicable, will be forwarded to the President, the CIGIE Executive Chairperson, the CIGIE Chairperson, and to the relevant Congressional committees as required by the Inspector General Act, 5 USC App, Section 11 (d)(8)(A). You will be notified in writing when the IC forwards the ROI to the above individuals for review. If you have questions regarding this matter, please contact the IC at by email at Integrity-WG@cigie.gov.

Sincerely,

*K. H. Winters*

Kevin H. Winters
Chairperson
Integrity Committee

cc:   The Honorable Michael Horowitz
      Inspector General
      U.S. Department of Justice
      Office of Inspector General