Exhibit 5



# Integrity Committee

Council of the Inspectors General on Integrity and Efficiency

1717 H Street, NW, Suite 825, Washington, DC 20006 ▪ Integrity-Complaint@cigie.gov

October 19, 2020

Via Email
Honorable Joseph V. Cuffari
Inspector General
Office of Inspector General
U.S. Department of Homeland Security

Dear Inspector General Cuffari:

The Integrity Committee (IC) of the Council of the Inspectors General on Integrity and Efficiency (CIGIE) was recently made aware of your communications with the CIGIE Chairperson and employees of the U.S. Department of Treasury Office of Inspector General (Treasury OIG) regarding an ongoing IC investigation.

The purpose of this letter is to express the IC's concerns with your apparent attempt to gain information and your communications about an ongoing IC investigation, and the potential impact of your actions on that investigation. It is the IC's understanding that, in addition to contacting the CIGIE Chairperson on more than one occasion about this matter, you also asked Mr. James Read, Counsel to the Inspector General, U.S. Department of Homeland Security Office of Inspector General (DHS OIG), to contact counsel at Treasury OIG and attempt to obtain information in the IC's investigation that you believe would be helpful to a DHS OIG investigation. While these actions may be well-intentioned, they may also be perceived as interfering with or otherwise prejudicing the IC's investigation.

The IC was established by Congress to fill the vital role of holding senior OIG officials accountable for serious misconduct by ensuring fair, consistent, timely, and impartial disposition of allegations that fall within the IC's statutory authority. For the IC to maintain its independence and ensure the credibility of its processes, all allegations within the jurisdiction of the IC must be resolved through the required IC process without interference. While the IC is hopeful that you did not intend to interfere with an IC investigation by these actions, the IC requests that you allow its process to continue and to cease actions that may hinder its investigation. For example, if you believe a covered person has engaged in wrongdoing, then the appropriate venue to receive that allegation is the IC, not the CIGIE Chairperson or Treasury OIG.

Finally, we have a process by which you can communicate with the IC. Specifically, you may submit any complaints against a covered person to Integrity-Complaint@cigie.gov.

The Integrity Committee is composed of four Inspectors General and executives from the Federal Bureau of Investigation and the Office of Government Ethics. For more information, please visit https://www.ignet.gov/cigie/committees/integrity-committee.

October 19, 2020
Page 2


    If you have questions about the IC's policies or process, then you may submit those to Integrity-WG@cigie.gov or to Faith Coutier, Senior Assistant General Counsel, at faith.coutier@cigie.gov.


                        Sincerely,


                        Kevin H. Winters
                        Chairperson
                        Integrity Committee