# AFFIDAVIT OF SERVICE

| Case:<br>1:23-CV-00442-RDA-LRV | Court:<br>United States District Court- Eastern Districrt of Virginia | County: | Job:<br>8663710 |
|---|---|---|---|
| **Plaintiff / Petitioner:**<br>Kristen Fredericks, et al. | | **Defendant / Respondent:**<br>Council of the Inspectors General on Integrity and Efficiency ("CIGIE"), Integrity Committee ("IC"), et al. | |
| **Received by:** | | **For:**<br>New Civil Liberties Alliance | |
| **To be served upon:**<br>Jessica D. Aber, U.S. Attorney | | | |

I, Sean Gordon, being duly sworn, depose and say: I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to make service of the documents and informed said person of the contents herein

**Recipient Name / Address:** Gerard Mene, Assistant U.S. Attorney for Jessica D. Aber, U.S. Attorney, Justin W. Williams United States Attorney's Building: 2100 Jamieson Ave, Alexandria, VA 22314

**Manner of Service:** Authorized, Apr 6, 2023, 1:58 pm EDT

**Documents:** Summons, Notice Accompanying Summons, Complaint and Exhibits

**Additional Comments:**

1) Successful Attempt: Apr 6, 2023, 1:58 pm EDT at Justin W. Williams United States Attorney's Building: 2100 Jamieson Ave, Alexandria, VA 22314 received by Gerard Mene, Assistant U.S. Attorney for Jessica D. Aber, U.S. Attorney. Age: 50's; Ethnicity: Caucasian; Gender: Male; Weight: 200 - 225; Height: 5'10"; Hair: Gray;
Recipient accepted paperwork personally.

_____    April 10, 2023
Sean Gordon                              Date

CPI    Columbia Process & Investigative Services
5406 Connecticut Avenue, N.W.
Suite 108
Washington, D.C. 20015