IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

| | |
|---|---|
| KRISTEN FREDRICKS, JOSEPH V. CUFFARI, JOSEPH E. GANGLOFF, and JAMES M. READ,<br><br>        *Plaintiffs*,<br><br>v.<br><br>COUNCIL OF THE INSPECTORS GENERAL ON INTEGRITY AND EFFICIENCY ("CIGIE"), INTEGRITY COMMITTEE("IC"); KEVIN H. WINTERS, Chairman, IC, in his official capacity; ROBERT P. STORCH, Vice-Chairman, IC, in his official capacity; GAIL S. ENNIS, Member, IC, in her official capacity; KIMBERLY A. HOWELL, Member, IC, in her official capacity; DALE A. CHRISTOPHER, Deputy Director for Compliance, U.S. Office of Government Ethics, in his official capacity; TOM MONHEIM, Member, IC, in his official capacity; CATHERINE S. BRUNO, Member, IC, in her official capacity; ALLISON LERNER, Inspector General, National Science Foundation, former Chair and Vice Chair, CIGIE, in her official capacity,<br><br>        *Defendants*. | CIVIL CASE NO. 23-CV-442-PDA-LPV |

## AFFIDAVIT OF SERVICE

I, Roey Goldstein, respectfully certify that service of the above-captioned case took place as described below, which include true and correct copies of: (1) the Complaint (ECF No. 1); (2) the Exhibits attached thereto (ECF Nos. 1-1 to 1-6); (3) Issued Summons dated April 5, 2023; and (4) the Civil Cover Sheet. On April 6, 2023, I sent the above-listed documents by certified mail, return receipt requested, to the following parties:

1

Merrick Garland
U.S. Attorney General
U.S Department of Justice
950 Pennsylvania Ave NW
Washington, DC 20530

Council of the Inspectors General on Integrity and Efficiency ("CIGIE")
1717 H Street, NW, Suite 825
Washington, DC 20006

Integrity Committee ("IC")
1717 H Street, NW, Suite 825
Washington, DC 20006

Kevin H.Winters
Chairman of the Integrity Committee
1717 H Street, NW, Suite 825
Washington, DC 20006

Robert P. Storch,
Vice-Chairman of the Integrity Committee
1717 H Street, NW, Suite 825
Washington, DC 20006

Gail S. Ennis,
Member of the Integrity Committee
1717 H Street, NW, Suite 825
Washington, DC 20006

Kimberly A. Howell,
Member of the Integrity Committee
1717 H Street, NW, Suite 825
Washington, DC 20006

Dale A Christopher,
Deputy Director for Compliance, U.S. Office of Government Ethics
1201 New York Avenue, N.W., Suite 500
Washington, DC 20005

Tom Monheim
Member of the Integrity Committee
1717 H Street, NW, Suite 825
Washington, DC 20006

Catherine S. Bruno
Member of the Integrity Committee
1717 H Street, NW, Suite 825
Washington, DC 20006

Allison Lerner
Inspector General of the National Science Foundation and Former Chair and Vice Chair of CIGIE
National Science Foundation Office of Inspector General
2415 Eisenhower Ave
Alexandria, VA 22314

As of May 3, 2023, the U.S. Postal Service has delivered to me receipts as to all of the abovementioned parties, copies of which are attached as Exhibit A.

I solemnly swear under penalty of perjury, the above statements are true and correct to the best of my knowledge, information, and belief.

Executed on May 3, 2023

Roey Goldstein