Exhibit A



**Card 1 (top left):**

SENDER: *COMPLETE THIS SECTION*
- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

*COMPLETE THIS SECTION ON DELIVERY*
A. Signature
X ☑ Agent ☐ Addressee
B. Received by *(Printed Name)*  C. Date of Delivery 4-13-23

1. Article Addressed to:

Council of the Inspectors General on
Integrity and Efficiency
1717 H Street, NW, Suite 825
Washington, DC 20006

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

APR 19 2023

9590 9402 3855 8060 9345 64

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☑ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

2. Article Number *(Transfer from service label)*
7014 3490 0002 2866 3225

PS Form 3811, July 2015 PSN 7530-02-000-9053  Domestic Return Receipt

**Card 2 (top right):**

SENDER: *COMPLETE THIS SECTION*
- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

*COMPLETE THIS SECTION ON DELIVERY*
A. Signature
X ☐ Agent ☐ Addressee
B. Received by *(Printed Name)*  C. Date of Delivery

1. Article Addressed to:

Merrick Garland
Attorney General
Department of Justice
950 Pennsylvania Ave NW
Washington, DC 20530

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

APR 12 2023

9590 9402 3855 8060 9345 19

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☑ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

2. Article Number *(Transfer from service label)*
7014 3490 0002 2866 3164

PS Form 3811, July 2015 PSN 7530-02-000-9053  Domestic Return Receipt

**Card 3 (bottom left):**

SENDER: *COMPLETE THIS SECTION*
- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

*COMPLETE THIS SECTION ON DELIVERY*
A. Signature
X ☑ Agent ☐ Addressee
B. Received by *(Printed Name)*  C. Date of Delivery 4-13-23

1. Article Addressed to:

KEVIN H. WINTERS
Chairman of the Integrity Committee
1717 H Street, NW, Suite 825
Washington, DC 20006

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

APR 19 2023

9590 9402 7261 1284 4894 02

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☑ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

2. Article Number *(Transfer from service label)*
7016 0910 0001 7074 6614

PS Form 3811, July 2020 PSN 7530-02-000-9053  Domestic Return Receipt

**Card 4 (bottom right):**

SENDER: *COMPLETE THIS SECTION*
- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

*COMPLETE THIS SECTION ON DELIVERY*
A. Signature
X ☑ Agent ☐ Addressee
B. Received by *(Printed Name)*  C. Date of Delivery 4-13-23

1. Article Addressed to:

Integrity Committee
1717 H Street, NW, Suite 825
Washington, DC 20006

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

APR 19 2023

9590 9402 3855 8060 9345 26

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☑ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

2. Article Number *(Transfer from service label)*
7014 3490 0002 2866 3188

PS Form 3811, July 2015 PSN 7530-02-000-9053  Domestic Return Receipt



USPS TRACKING #

9402 3855 8060 9345 64

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

States
Service

• Sender: Please print your name, address, and ZIP+4® in this box•

New Civil Liberties Alliance
1225 19th Street NW
Suite 450
Washington, DC 20036



USPS TRACKING #

9590 9402 3855 8060 9345 19

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

United States
Postal Service

• Sender: Please print your name, address, and ZIP+4® in this box•

New Civil Liberties Alliance
1225 19th Street NW
Suite 450
Washington, DC 20036



USPS TRACKING #

9402 7261 1284 4894 02

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

States
Service

• Sender: Please print your name, address, and ZIP+4® in this box•

New Civil Liberties Alliance
1225 19th Street NW
Suite 450
Washington, DC 20036



USPS TRACKING #

9590 9402 3855 8060 9345 26

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

United States
Postal Service

• Sender: Please print your name, address, and ZIP+4® in this box•

New Civil Liberties Alliance
1225 19th Street NW
Suite 450
Washington, DC 20036

**Card 1 (top left)**

SENDER: *COMPLETE THIS SECTION*

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

KIMBERLY A. HOWELL,
Member of the Integrity Committee
1717 H Street, NW, Suite 825
Washington, DC 20006

9590 9402 7261 1284 4893 96

2. Article Number (Transfer from service label)
7016 0910 0001 7074 6539

*COMPLETE THIS SECTION ON DELIVERY*

A. Signature
X ☒ Agent ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery
4-13-23

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

APR 1 9 2023

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2020 PSN 7530-02-000-9053   Domestic Return Receipt

**Card 2 (top right)**

SENDER: *COMPLETE THIS SECTION*

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

ROBERT P. STORCH,
Vice-Chairman of the Integrity
Committee
1717 H Street, NW, Suite 825
Washington, DC 20006

9590 9402 3855 8060 9345 57

2. Article Number (Transfer from service label)
7014 3490 0002 2866 3218

*COMPLETE THIS SECTION ON DELIVERY*

A. Signature
X ☒ Agent ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery
4-13-23

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

APR 1 9 2023

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053   Domestic Return Receipt

**Card 3 (bottom left)**

SENDER: *COMPLETE THIS SECTION*

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

CATHERINE S. BRUNO
Member of the Integrity Committee
1717 H Street, NW, Suite 825
Washington, DC 20006

9590 9402 7261 1284 4894 19

2. Article Number (Transfer from service label)
7014 3490 0002 2866 3232

*COMPLETE THIS SECTION ON DELIVERY*

A. Signature
X ☒ Agent ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery
4-13-23

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

APR 1 9 2023

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2020 PSN 7530-02-000-9053   Domestic Return Receipt

**Card 4 (bottom right)**

SENDER: *COMPLETE THIS SECTION*

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

GAIL S. ENNIS,
Member of the Integrity Committee
1717 H Street, NW, Suite 825
Washington, DC 20006

9590 9402 3855 8060 9345 02

2. Article Number (Transfer from service label)
7014 3490 0002 2866 3171

*COMPLETE THIS SECTION ON DELIVERY*

A. Signature
X ☒ Agent ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery
4-13-23

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

APR 1 9 2023

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053   Domestic Return Receipt



USPS TRACKING #

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

9402 7261 1284 4893 96

...tates
...ervice

• Sender: Please print your name, address, and ZIP+4® in this box•

New Civil Liberties Alliance
1225 19th Street NW
Suite 450
Washington, DC 20036



USPS TRACKING #

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

9590 9402 3855 8060 9345 57

United States
Postal Service

• Sender: Please print your name, address, and ZIP+4® in this box•

New Civil Liberties Alliance
1225 19th Street NW
Suite 450
Washington, DC 20036

USPS TRACKING #

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

9402 7261 1284 4894 19


...tates
...ervice

• Sender: Please print your name, address, and ZIP+4® in this box•

New Civil Liberties Alliance
1225 19th Street NW
Suite 450
Washington, DC 20036

USPS TRACKING #

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

9590 9402 3855 8060 9345 02


United States
Postal Service

• Sender: Please print your name, address, and ZIP+4® in this box•

New Civil Liberties Alliance
1225 19th Street NW
Suite 450
Washington, DC 20036

USPS TRACKING #

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

9590 9402 3855 8060 9346 01

**United States**
**Postal Service**

• Sender: Please print your name, address, and ZIP+4® in this box•

New Civil Liberties Alliance
1225 19th Street NW
Suite 450
Washington, DC 20036

USPS TRACKING #

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

9590 9402 3855 8060 9345 40

**United States**
**Postal Service**

• Sender: Please print your name, address, and ZIP+4® in this box•

New Civil Liberties Alliance
1225 19th Street NW
Suite 450
Washington, DC 20036