# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
# Alexandria Division

| | |
|---|---|
| KRISTEN FREDRICKS, JOSEPH V. CUFFARI, JOSEPH E. GANGLOFF, and JAMES M. READ<br><br>Plaintiffs,<br><br>v.<br><br>COUNSEL OF THE INSPECTORS GENERAL ON INTEGRITY AND EFFICIENCY ("CIGIE") INTEGRITY COMMITTEE ("IC"); KEVIN H. WINTERS, Chairman, IC, in his official capacity; ROBERT P. STORCH, Vice-Chairman, IC, in his official capacity; GAIL S. ENNIS, Member, IC, in her official capacity; KIMBERLY A. HOWELL, Member, IC, in her official capacity; DALE A. CHRISTOPHER, Deputy Director for Compliance, U.S. Office of Government Ethics, in his official capacity; TOM MONHIM, Member, IC, in his official capacity; CATHERINE S. BRUNO, Member, IC, in her official capacity; ALLISON LERNER, Inspector General, National Science Foundation, Former Chair and Vice Chair, CIGIE, in her official capacity,<br><br>Defendants. | No. 1:23-cv-442 (RDA/LRV) |

## [Proposed] ORDER

Upon consideration of Defendants' unopposed motion for an extension of time to file their response to Plaintiffs' complaint, it is hereby

ORDERED that Defendants' motion is GRANTED; and it is further

ORDERED that Defendants shall file a response to Plaintiffs' complaint on or before June 23, 2023.

Date: _____              _____