**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division**

| | |
|---|---|
| KRISTEN FREDRICKS, JOSEPH V. CUFFARI, JOSEPH E. GANGLOFF, and JAMES M. READ ) ) ) Plaintiffs, ) ) ) v. ) ) ) COUNCIL OF THE INSPECTORS GENERAL ) ON INTEGRITY AND EFFICIENCY ("CIGIE") ) INTEGRITY COMMITTEE ("IC"); KEVIN H. ) WINTERS, Chairman, IC, in his official capacity; ) ROBERT P. STORCH, Vice-Chairman, IC, in his ) official capacity; GAIL S. ENNIS, Member, IC, in ) her official capacity; KIMBERLY A. HOWELL, ) Member, IC, in her official capacity; DALE A. ) CHRISTOPHER, Deputy Director for Compliance, ) U.S. Office of Government Ethics, in his official ) capacity; TOM MONHEIM, Member, IC, in his ) official capacity; CATHERINE S. BRUNO, Member, ) IC, in her official capacity; ALLISON LERNER, ) Inspector General, National Science Foundation, ) Former Chair and Vice Chair, CIGIE, in her official ) capacity, ) ) Defendants. ) ) | No. 1:23-cv-442 (RDA/LRV) |

## **MOTION TO DISMISS**

Pursuant to Federal Rule of Civil Procedure 12(b)(1) and 12(b)(6), Defendants, through the undersigned counsel, hereby respectfully file this motion to dismiss Plaintiffs' Complaint. The grounds for this motion are more fully explained in the memorandum of law that has been simultaneously filed with the motion.

Dated:  June 23, 2023

*By*:

Respectfully submitted,

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

JESSICA D. ABER
UNITED STATES ATTORNEY

LAUREN A. WETZLER
Civil Chief
Office of the United States Attorney

_____/s/_____
REBECCA S. LEVENSON
Assistant United States Attorney
Office of the United States Attorney
2100 Jamieson Avenue
Alexandria, Virginia 22314
Tel:    (703) 299-3760
Fax:    (703) 299-3983
Email:  rebecca.s.levenson@usdoj.gov

CHRISTOPHER R. HALL
Assistant Branch Director
Federal Programs Branch

CHRISTOPHER A. EISWERTH
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L. Street, NW
Washington, DC 20005
Telephone:    (202) 305-0568
Facsimile:    (202) 616-8460
Email: christopher.a.eiswerth@usdoj.gov

*Counsel for Defendants*