# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
## Alexandria Division

| | |
|---|---|
| KRISTEN FREDRICKS, JOSEPH V. CUFFARI, JOSEPH E. GANGLOFF, and JAMES M. READ )<br><br>Plaintiffs, )<br><br>v. )<br>)<br>COUNCIL OF THE INSPECTORS GENERAL ON INTEGRITY AND EFFICIENCY ("CIGIE") INTEGRITY COMMITTEE ("IC"); KEVIN H. WINTERS, Chairman, IC, in his official capacity; ROBERT P. STORCH, Vice-Chairman, IC, in his official capacity; GAIL S. ENNIS, Member, IC, in her official capacity; KIMBERLY A. HOWELL, Member, IC, in her official capacity; DALE A. CHRISTOPHER, Deputy Director for Compliance, U.S. Office of Government Ethics, in his official capacity; TOM MONHEIM, Member, IC, in his official capacity; CATHERINE S. BRUNO, Member, IC, in her official capacity; ALLISON LERNER, Inspector General, National Science Foundation, Former Chair and Vice Chair, CIGIE, in her official capacity, )<br><br>Defendants. ) | No. 1:23-cv-442 (RDA/LRV) |

## NOTICE OF HEARING

PLEASE TAKE NOTICE that on July 26, 2023, at 10:00 a.m., or as soon thereafter as counsel can be heard, Defendants will bring on for hearing their motion to dismiss Plaintiffs' Complaint.

Dated:  June 23, 2023                                    Respectfully submitted,

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

JESSICA D. ABER
*By*:                                                    UNITED STATES ATTORNEY

LAUREN A. WETZLER
Civil Chief
Office of the United States Attorney

_____/s/_____
REBECCA S. LEVENSON
Assistant United States Attorney
Office of the United States Attorney
2100 Jamieson Avenue
Alexandria, Virginia 22314
Tel:    (703) 299-3760
Fax:    (703) 299-3983
Email: rebecca.s.levenson@usdoj.gov

CHRISTOPHER R. HALL
Assistant Branch Director
Federal Programs Branch

CHRISTOPHER A. EISWERTH
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L. Street, NW
Washington, DC 20005
Telephone:    (202) 305-0568
Facsimile:    (202) 616-8460
Email: christopher.a.eiswerth@usdoj.gov

*Counsel for Defendants*