IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

| | |
|---|---|
| KRISTEN FREDRICKS, JOSEPH V. CUFFARI, JOSEPH E. GANGLOFF, and JAMES M. READ,<br><br>*Plaintiffs*,<br><br>v.<br><br>COUNCIL OF THE INSPECTORS GENERAL ON INTEGRITY AND EFFICIENCY ("CIGIE"), INTEGRITY COMMITTEE("IC"); KEVIN H. WINTERS, Chairman, IC, in his official capacity; ROBERT P. STORCH, Vice-Chairman, IC, in his official capacity; GAIL S. ENNIS, Member, IC, in her official capacity; KIMBERLY A. HOWELL, Member, IC, in her official capacity; DALE A. CHRISTOPHER, Deputy Director for Compliance, U.S. Office of Government Ethics, in his official capacity; TOM MONHEIM, Member, IC, in his official capacity; CATHERINE S. BRUNO, Member, IC, in her official capacity; ALLISON LERNER, Inspector General, National Science Foundation, former Chair and Vice Chair, CIGIE, in her official capacity,<br><br>*Defendants*. | CASE NO. 1:23-CV-00442-RDA-LRV<br><br>**JOINT MOTION FOR EXTENSION OF TIME TO RESPOND TO DEFENDANTS' MOTION TO DISMISS AND TO REPLY TO SAID RESPONSE** |

**JOINT MOTION FOR EXTENSION OF TIME TO FILE A RESPONSE TO DEFENDANTS' MOTION TO DISMISS AND REPLY TO SAID RESPONSE**

Pursuant to the Federal Rule of Civil Procedure 6(b) and Eastern District of Virginia Local Rule 7(I), Plaintiffs and Defendants respectfully move this Court to extend the time for Plaintiffs to respond to Defendants' Motion to Dismiss (ECF 8, 9) to July 14, 2023, and for Defendants to reply to Plaintiffs' response to July 25, 2023.

In support of the motion, the parties state as follows:

1

1. Plaintiffs filed a Complaint on April 4, 2023. ECF 1. All parties were served by May 3, 2023. ECF 5.

2. On May 30, 2023, Defendants sought, and Plaintiffs consented to, an extension of time to respond to the Complaint up to and including June 23, 2023. ECF 6. This Court granted the motion the following day. ECF 7.

3. On June 23, 2023, Defendants moved to dismiss the complaint for, *inter alia*, failure to state a claim and lack of justiciability. ECF 8. A memorandum of law accompanied the motion. ECF 9. Hearing on the motion was set for July 26, 2023 to be decided on the papers. ECF 10.

4. Plaintiffs' response is presently due on July 7, 2023. *See* EDVA Loc. R. 7(F)(1).

5. The time period to respond includes the Independence Day holiday weekend, for which all counsel have pre-existing plans.

6. Plaintiffs' counsel have deadlines in their other cases, several of which fall during the week of July 3-7, 2023.

7. Accordingly, Plaintiffs respectfully request that that this Court extend the time to file Plaintiffs' Response to the Motion to Dismiss by seven (7) days, up to and including **July 14, 2023.**

8. The requested extension of time will permit Plaintiffs' counsel to craft legal arguments with precision so as to both discharge the duty to his client and assist the Court in resolving this matter.

9. In turn, Defendants respectfully request that, should the Court grant Plaintiffs' request, the Court also extend the time to file the Reply to Plaintiffs' Response, which would

otherwise be due on July 20, 2023, *see* EDVA L. R. 7(F)(1), by three (3) business days (five (5) days total) to **July 25, 2023**.

10. Defendants make this request due to personal and work conflicts that would be posed by the July 20, 2023 due date for the reply brief.

11. Notwithstanding these short extensions, all briefing would be completed before the noticed (and now terminated) July 26, 2023 hearing date.

For the reasons stated herein, Plaintiffs and Defendants respectfully request that the Court extend the time to file Plaintiffs' Response to the Motion to Dismiss by seven (7) days, up to and including **July 14, 2023**, and also extend the time to file Defendants' Reply to Plaintiffs' Response by three (3) business days to **July 25, 2023**.

June 27, 2023                                                                 Respectfully submitted,

/s/  John J. Vecchione
JOHN J. VECCHIONE (Va. Bar No. 73828)
Senior Litigation Counsel
NEW CIVIL LIBERTIES ALLIANCE
1225 19th Street NW, Suite 450
Washington, DC 20036
(202) 869-5210
john.vecchione@ncla.legal

*Counsel for the Plaintiffs*

/s/  Rebecca S. Levenson
REBECCA S. LEVENSON
Assistant United States Attorney
Office of the United States Attorney
2100 Jamieson Avenue
Alexandria, Virginia 22314
Tel: (703) 299-3760
Fax: (703) 299-3983
Email: rebecca.s.levenson@usdoj.gov

*Counsel for the Defendants*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA

KRISTEN FREDRICKS, JOSEPH V. CUFFARI, JOSEPH E. GANGLOFF, and JAMES M. READ,

        *Plaintiffs*,

v.

COUNCIL OF THE INSPECTORS GENERAL ON INTEGRITY AND EFFICIENCY ("CIGIE"), INTEGRITY COMMITTEE("IC"); KEVIN H. WINTERS, Chairman, IC, in his official capacity; ROBERT P. STORCH, Vice-Chairman, IC, in his official capacity; GAIL S. ENNIS, Member, IC, in her official capacity; KIMBERLY A. HOWELL, Member, IC, in her official capacity; DALE A. CHRISTOPHER, Deputy Director for Compliance, U.S. Office of Government Ethics, in his official capacity; TOM MONHEIM, Member, IC, in his official capacity; CATHERINE S. BRUNO, Member, IC, in her official capacity; ALLISON LERNER, Inspector General, National Science Foundation, former Chair and Vice Chair, CIGIE, in her official capacity,

        *Defendants*.

CASE NO. 1:23-CV-00442-RDA-LRV

## [Proposed] ORDER

Upon consideration of the parties' joint motion for an extension of time to respond to Defendants' motion to dismiss and to reply to said response, it is hereby

ORDERED that the parties' motion is GRANTED; and it is further

ORDERED that Plaintiffs shall file their response to Defendants' motion to dismiss on or before July 14, 2023; and it is further

4

ORDERED that Defendants shall file their reply to Plaintiffs' response on or before July 25, 2023.


Date: _____