IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

| | |
|---|---|
| KRISTEN FREDRICKS, JOSEPH V. CUFFARI, JOSEPH E. GANGLOFF, and JAMES M. READ,<br><br>*Plaintiffs*,<br><br>v.<br><br>COUNCIL OF THE INSPECTORS GENERAL ON INTEGRITY AND EFFICIENCY ("CIGIE"), INTEGRITY COMMITTEE("IC"); KEVIN H. WINTERS, Chairman, IC, in his official capacity; ROBERT P. STORCH, Vice-Chairman, IC, in his official capacity; GAIL S. ENNIS, Member, IC, in her official capacity; KIMBERLY A. HOWELL, Member, IC, in her official capacity; DALE A. CHRISTOPHER, Deputy Director for Compliance, U.S. Office of Government Ethics, in his official capacity; TOM MONHEIM, Member, IC, in his official capacity; CATHERINE S. BRUNO, Member, IC, in her official capacity; ALLISON LERNER, Inspector General, National Science Foundation, former Chair and Vice Chair, CIGIE, in her official capacity,<br><br>*Defendants*. | CASE NO. 1:23-CV-00442-RDA-LRV |

## **ORDER**

Upon consideration of the parties' joint motion for an extension of time to respond to Defendants' motion to dismiss and to reply to said response, it is hereby

ORDERED that the parties' motion is GRANTED; and it is further

ORDERED that Plaintiffs shall file their response to Defendants' motion to dismiss on or before July 14, 2023; and it is further

  ORDERED that Defendants shall file their reply to Plaintiffs' response on or before July 25, 2023.

Date: June 28, 2023

                      _____
                      Hon. Lindsey R. Vaala
                      United States Magistrate Judge