AMENDED CERTIFICATE OF SERVICE

I hereby certify that on July 14, 2023, a copy of the foregoing was attempted to be filed electronically but only 404 Error notices appeared on the ECF.  Service of this filing were made on July 14, 2023 on all ECF-registered counsel of record by email to them.  Subsequent attempt to file on ECF on Saturday July 15th also returned a 404 error message. Today on July 17th, 2023 ECF returned to operation and the Response was filed as submitted on the Jly 14th, 203.  Counsel Amends the Certificate of Service to reflect the actual timing and record of service. Parties may access this filing through the Court's system.

Dated: July 17, 2023


_s/ John J. Vecchione_
JOHN J. VECCHIONE