**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division**

KRISTEN FREDRICKS, JOSEPH V. CUFFARI,          )
JOSEPH E. GANGLOFF, and JAMES M. READ          )
                                               )
                  Plaintiffs,                  )
                                               )
        v.                                     )
                                               )        No. 1:23-cv-442 (RDA/LRV)
COUNSEL OF THE INSPECTORS GENERAL              )
ON INTEGRITY AND EFFICIENCY ("CIGIE")          )
INTEGRITY COMMITTEE ("IC"); KEVIN H.           )
WINTERS, Chairman, IC, in his official capacity;)
ROBERT P. STORCH, Vice-Chairman, IC, in his    )
official capacity; GAIL S. ENNIS, Member, IC, in)
her official capacity; KIMBERLY A. HOWELL,     )
Member, IC, in her official capacity; DALE A.  )
CHRISTOPHER, Deputy Director for Compliance,   )
U.S. Office of Government Ethics, in his official)
capacity; TOM MONHIM, Member, IC, in his       )
official capacity; CATHERINE S. BRUNO, Member, )
IC, in her official capacity; ALLISON LERNER,  )
Inspector General, National Science Foundation,)
Former Chair and Vice Chair, CIGIE, in her official)
capacity,                                      )
                                               )
                  Defendants.                  )

**<u>DEFENDANTS' CONSENT MOTION FOR AN EXTENSION OF TIME TO FILE
THEIR REPLY IN SUPPORT OF THEIR MOTION TO DISMISS</u>**

Defendants, in their official capacities and through the undersigned counsel, respectfully

submit this consent motion for a limited, three-day extension of time to file their reply in support

of their motion to dismiss.  In support thereof, Defendants set forth the following background

and good cause for the requested scheduling relief.

1.      Plaintiffs brought this action arising out of their interactions with the Counsel of

the Inspectors General on Integrity and Efficiency, Integrity Committee ("CIGIE IC"), and bring

six claims challenging the CIGIE IC's function and its handling of complaints made against the Plaintiffs.  *See* Compl. (Dkt. No. 1).

2.      On June 23, 2023, Defendants filed a motion to dismiss Plaintiffs' complaint for lack of subject matter jurisdiction and failure to state a claim.  *See* Dkt. Nos. 8-9.

3.      On June 27, 2023, the parties jointly moved to extend the dates for Plaintiffs' opposition and Defendants' reply, such that Plaintiffs' opposition would be due on July 14, 2023, and Defendants' reply would be due on July 25, 2023.

4.      The undersigned counsel respectfully request a limited extension of three additional days—until July 28, 2023—in which to file their reply in support of their motion to dismiss.  One of the undersigned counsel and her family has the COVID-19 virus, and the other undersigned counsel is also caring for a sick child this week.

5.      Accordingly, Defendants respectfully request an extension of time, until July 28, 2023, to file their reply in support of their motion to dismiss Plaintiffs' complaint.

6.      Plaintiffs' counsel has informed the undersigned counsel that Plaintiffs consent to the relief requested in this motion.

7.      A proposed order is attached for the Court's convenience.


Dated: July 20, 2023                          Respectfully submitted,

                                              BRIAN M. BOYNTON
                                              Principal Deputy Assistant Attorney General

                                              JESSICA D. ABER
                                              UNITED STATES ATTORNEY


                                              _____/s/_____
                                              REBECCA S. LEVENSON
                                              Assistant United States Attorney
                                              Office of the United States Attorney

2100 Jamieson Avenue
Alexandria, Virginia 22314
Tel:      (703) 299-3760
Fax:      (703) 299-3983
Email: rebecca.s.levenson@usdoj.gov

CHRISTOPHER R. HALL
Assistant Branch Director
Federal Programs Branch

CHRISTOPHER A. EISWERTH
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L. Street, NW
Washington, DC 20044
Tel.:     (202) 305-0568
Fax:      (202) 616-8460
Email: christopher.a.eiswerth@usdoj.gov

*Counsel for Defendants*