IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| KRISTEN FREDRICKS, JOSEPH V. CUFFARI, JOSEPH E. GANGLOFF, and JAMES M. READ<br><br>Plaintiffs,<br><br>v.<br><br>COUNSEL OF THE INSPECTORS GENERAL ON INTEGRITY AND EFFICIENCY ("CIGIE") INTEGRITY COMMITTEE ("IC"); KEVIN H. WINTERS, Chairman, IC, in his official capacity; ROBERT P. STORCH, Vice-Chairman, IC, in his official capacity; GAIL S. ENNIS, Member, IC, in her official capacity; KIMBERLY A. HOWELL, Member, IC, in her official capacity; DALE A. CHRISTOPHER, Deputy Director for Compliance, U.S. Office of Government Ethics, in his official capacity; TOM MONHIM, Member, IC, in his official capacity; CATHERINE S. BRUNO, Member, IC, in her official capacity; ALLISON LERNER, Inspector General, National Science Foundation, Former Chair and Vice Chair, CIGIE, in her official capacity,<br><br>Defendants. | No. 1:23-cv-442 (RDA/LRV) |

## [Proposed] ORDER

Upon consideration of Defendants' consent motion for an extension of time to file their reply in support of their motion to dismiss Plaintiffs' complaint, it is hereby

ORDERED that Defendants' motion is GRANTED; and it is further

ORDERED that Defendants shall file their reply in support of their motion to dismiss Plaintiffs' complaint on or before July 28, 2023.

Date: _____          _____