UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| KRISTEN FREDRICKS, JOSEPH V. CUFFARI, JOSEPH E. GANGLOFF, and JAMES M. READ, <br><br> *Plaintiffs*, <br><br> v. <br><br> COUNCIL OF THE INSPECTORS GENERAL ON INTEGRITY AND EFFICIENCY ("CIGIE"), INTEGRITY COMMITTEE("IC"); KEVIN H. WINTERS, Chairman, IC, in his official capacity; ROBERT P. STORCH, Vice-Chairman, IC, in his official capacity; GAIL S. ENNIS, Member, IC, in her official capacity; KIMBERLY A. HOWELL, Member, IC, in her official capacity; DALE A. CHRISTOPHER, Deputy Director for Compliance, U.S. Office of Government Ethics, in his official capacity; TOM MONHEIM, Member, IC, in his official capacity; CATHERINE S. BRUNO, Member, IC, in her official capacity; ALLISON LERNER, Inspector General, National Science Foundation, former Chair and Vice Chair, CIGIE, in her official capacity, <br><br> *Defendants*. | CASE NO. 1:23-CV-00442-RDA-LRV <br><br> ERRATA <br><br> Dated:  July 26, 2023 |

**ERRATA TO OPPOSITION TO MOTION TO DISMISS**

John Vecchione, VSB No. 73828
Gregory Dolin (*Admitted pro hac vice*)
NEW CIVIL LIBERTIES ALLIANCE
1225 19th Street NW, Suite 450
Washington, DC 20036
(202) 869-5210 (telephone)
John.Vecchione@ncla.legal
Gregory.Dolin@ncla.legal
*Counsel to Plaintiffs*

1. ECF No. 13 Plaintiffs' Opposition to Defendants' Motion to Dismiss- p. 8, third sentence in section B should strike "Defendants" and substitute "Plaintiffs'".

        Respectfully submitted,

        /s/  John J. Vecchione
        JOHN J. VECCHIONE (Va. Bar No. 73828)
        Senior Litigation Counsel
        NEW CIVIL LIBERTIES ALLIANCE
        1225 19th Street NW, Suite 450
        Washington, DC 20036
        (202) 869-5210
        john.vecchione@ncla.legal

        *Counsel for the Plaintiffs*

        Dated:   July 26, 2023

## CERTIFICATE OF SERVICE

      I hereby certify that on July 26, 2023, a copy of the foregoing was filed electronically. Service of this filing will be made on all ECF-registered counsel of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

Dated: July 26, 2023

*s/ John J. Vecchione*
JOHN J. VECCHIONE
