IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| KRISTEN FREDRICKS, JOSEPH V. CUFFARI, JOSEPH E. GANGLOFF, and JAMES M. READ<br><br>Plaintiffs,<br><br>v.<br><br>COUNCIL OF THE INSPECTORS GENERAL ON INTEGRITY AND EFFICIENCY ("CIGIE") INTEGRITY COMMITTEE ("IC"); KEVIN H. WINTERS, Chairman, IC, in his official capacity; ROBERT P. STORCH, Vice-Chairman, IC, in his official capacity; GAIL S. ENNIS, Member, IC, in her official capacity; KIMBERLY A. HOWELL, Member, IC, in her official capacity; DALE A. CHRISTOPHER, Deputy Director for Compliance, U.S. Office of Government Ethics, in his official capacity; TOM MONHIM, Member, IC, in his official capacity; CATHERINE S. BRUNO, Member, IC, in her official capacity; ALLISON LERNER, Inspector General, National Science Foundation, Former Chair and Vice Chair, CIGIE, in her official capacity,<br><br>Defendants. | No. 1:23-cv-442 (RDA/LRV) |

## [PROPOSED] ORDER

This matter comes before the Court on Defendants' Consent Motion to Replace an Exhibit. For good cause shown, it is hereby

ORDERED that Defendants' motion is GRANTED, and it is further

ORDERED that the Exhibit docketed at Dkt. 13-1 is stricken from the docket and substituted by the Exhibit docketed at Dkt. 19-1.

DATE: _____        _____